# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINNELL AVERY JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. ORTEGA, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00311-BAM (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On July 12, 2019, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated: **July 12, 2019**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1