# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINNELL JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ORTEGA, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-00311-BAM (PC)<br><br>ORDER REGARDING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 21) |

Plaintiff Quinnell Johnson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 15, 2019, defense counsel filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 21.) The stipulation is signed by Plaintiff and counsel for all Defendants, indicating that the case has been resolved in its entirety, should be dismissed with prejudice, and each side shall bear its own litigation costs and attorney's fees.

Accordingly, in light of the parties' voluntary dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear his or her own litigation costs and attorney's fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 15, 2019**　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1